# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 45 Broadway, Suite 320 |
| D. Maimon Kirschenbaum | New York, NY 10006 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 981-9587 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

May 13, 2026

**VIA ECF**

Hon. Robyn F. Tarnofsky
U.S. District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:  *Liu, et al, v. Mihana Japanese Inc. et al, 26-cv-1590 (VSB)(RTF)*

Dear Judge Tarnofsky,

We represent Plaintiffs in the above-referenced matter. Earlier today, the parties submitted a joint proposed case management plan for this matter. The plan anticipates that all fact discovery will be completed by August 13, 2026.  Given this agreed upon case management plan and the anticipated three month discovery period, the parties respectfully request that the Court adjourn the May 20, 2026 initial conference in this matter *sine die*.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

    s/*Josef Nussbaum*
D. Maimon Kirschenbaum
Josef Nussbaum
45 Broadway, Suite 320
New York, NY 10006
(212) 688-5640

cc: All Counsel of Record (via ECF)

Application GRANTED. The Initial Case Management Conference scheduled for May 20, 2026 is canceled. The Clerk of Court is respectfully requested to terminate ECF 15

Dated: May 14, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE