UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIYU (TIM) LIU and JENNIFER LIN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>MIHANA JAPANESE INC. and MICKEY YOU,<br><br>Defendants. | 26-CV-01590 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 14, 2026, I ordered the parties to file monthly updates on the status of discovery on the first business day of every month until the close of discovery, including on June 1, 2026. (*See* ECF 17.) The parties have not complied. Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **June 3, 2026**.

DATED:  June 2, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**