UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEIYU (TIM) LIU and JENNIFER LIN, on behalf of themselves and others similarly situated,

Plaintiffs,

-against-

MIHANA JAPANESE INC. and MICKEY YOU,

Defendants.

26-CV-01590 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiffs are ORDERED, by **July 9, 2026**, to file their signed retainer agreements with counsel on the docket in connection with the Court's review of the pending *Cheeks* application.

DATED: July 7, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**