UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEIYU (TIM) LIU and JENNIFER LIN, on behalf of themselves and others similarly situated,

Plaintiffs,

-against-

MIHANA JAPANESE INC. and MICKEY YOU,

Defendants.

26-CV-1590 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties have consented to my jurisdiction for all purposes. (ECF 27.) Therefore, for the reasons set out in my report and recommendation (ECF 26), the pending motion for *Cheeks* approval (ECF 22) is granted, and the Settlement Agreement is approved as fair and reasonable.

The Clerk of Court is respectfully requested to terminate ECF 22 and to close the case.

DATED: July 16, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**